United States Court of Appeals,

Eleventh Circuit.

Nos. 94-9199, 94-9227.

FLINT ELECTRIC MEMBERSHIP CORPORATION, Plaintiff-Appellee,

v.

Bobby WHITWORTH, Individually and in his official capacity as Department of Corrections Commissioner, Clyde Stovall, Individually and in his official capacity as Assistant Commissioner of Department of Corrections, Defendants-Appellants,

Georgia Power Company, Defendant.

PATAULA ELECTRIC MEMBERSHIP CORPORATION, Plaintiff-Appellee,

v.

Bobby WHITWORTH, Individually and in his official capacity as Department of Corrections Commissioner, Clyde Stovall, Individually and in his official capacity as Assistant Commissioner of Department of Corrections, David C. Evans, Individually, Defendants-Appellants,

Georgia Power Company, Defendant.

March 19, 1996.

Appeals from the United States District Court for the Northern District of Georgia (No. 1:90-CV-1550-HTW); Horace T. Ward, Senior District Judge.

Before BARKETT, Circuit Judge, and HENDERSON and CLARK, Senior Circuit Judges.

CORRECTED OPINION

PER CURIAM:

Our earlier opinion, reported at 68 F.3d 1309, is hereby modified by withdrawing the third sentence of the first full paragraph on page 1313, which states "It has also become evident, in light of *McKinney,* that the EMCs' procedural due process claims are not ripe for review[,]" and substituting in its place the following:

It has also become evident, in light of *McKinney,* that the

EMCs failed to state a procedural due process claim.

The judgment of the court and the remainder of the opinion are unchanged and remain in full force and effect.